OCTOBER 30, 1959.

No. 504. UNITED STEELWORKERS OF AMERICA *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. The petition for writ of certiorari is granted and the case is assigned for oral argument on Tuesday, November 3, 1959, at 11 a. m. All briefs must be on file by noon, Monday, November 2, 1959. The injunction issued by the United States District Court for the Western District of Pennsylvania on October 21, 1959, as modified by the United States Court of Appeals for the Third Circuit on October 22, 1959, is stayed pending the issuance of the judgment of this Court. *Arthur J. Goldberg, David E. Feller* and *Bernard Dunau* for petitioner. *Attorney General Rogers, Solicitor General Rankin, Assistant Attorney General Doub, Wayne G. Barnett, Samuel D. Slade, Seymour Farber* and *Herbert E. Morris* for the United States.

NOVEMBER 9, 1959.

No. 42. LOCAL No. 8–6, OIL, CHEMICAL AND ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. *v.* MISSOURI. Appeal from the Supreme Court of Missouri. The motion of the Chamber of Commerce of Metropolitan St. Louis for leave to file brief, as *amicus curiae,* is granted. The motion of the Missouri State Chamber of Commerce et al. for leave to file brief, as *amici curiae,* is granted. *Richmond C. Coburn* for the Chamber of Commerce of Metropolitan St. Louis. *Myron K. Ellison* for the Missouri State Chamber of Commerce et al.